# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-5255                               September Term, 2006

06cv00775

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 12/12/06
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   OCT 3 2006

CLERK

Aaron A. Austin,
    Appellant

v.

United States Army and U.S. Veterans
Administration,
    Appellees

BEFORE:   Ginsburg, Chief Judge, and Griffith and Kavanaugh, Circuit Judge

## ORDER

Upon consideration of the order to show cause filed September 6, 2006, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that the appeal be dismissed. By order entered on the civil docket on May 2, 2006, the district court dismissed appellant's case without prejudice. Appellant filed a notice of appeal on August 23, 2006. On September 6, 2006, this court ordered appellant to show cause why the appeal should not be dismissed as untimely, to which appellant has responded. The court lacks jurisdiction to review the order of dismissal, because the notice of appeal was filed more than 60 days after entry of that order in the civil docket. See Fed. R. App. P. 4(a)(1)(B).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature], Deputy Clerk